## Mary F. Ryan v. Martin Ryan.

*Decree: Proofs.* The proofs in this case do not warrant any change being made in the decree below.

*Heard April 15. Decided April 20.*

Appeal in Chancery from Wayne Circuit.

This is a bill for an accounting between the defendant and the estate of one Martin J. Ryan (of which the complainant is administratrix), growing out of a partnership between the defendant and said Martin J. during his lifetime. The court below found one thousand two hundred and fourteen dollars and seventy-six cents to be due the complainant, with interest from the date of the decree, and she appealed, claiming there should have been found in her favor, in addition to the amount of the decree, two other items, one of three hundred and fifty dollars, and the other of one hundred and twenty dollars, and that the balance found to be due her should bear interest from the date of the death of Martin J., or from a reasonable time thereafter.

*D. B. & H. M. Duffield,* for complainant.

*William B. Moran,* for defendant.

PER CURIAM.

Upon inspection of the record we discover no sufficient ground for disturbing the decree below.

The decree should be affirmed, with costs.